### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **LOUNETTA PYKE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-cv-001162-O** |
| | § | |
| **COMMISSIONER, SOCIAL SECURITY** | § | |
| **ADMINSTRATION** | § | |
| | § | |
| **Defendant.** | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Commissioner's decision is **AFFIRMED**. Petitioner's request that the Court reverse the decision of the Commissioner with an award of benefits or remand for further administrative proceedings under 42 U.S.C. § 405(g) and for attorneys' fees under the EAJA, is **DENIED**.

**SO ORDERED** on this **July 14, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**